IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02080-MSK-BNB

MARY L. HENNING, and
TIMOTHY R. HENNING, SR.,

Plaintiffs,

v.

UNICO HOLDINGS, INC., a Florida corporation, and
LONGS DRUG STORES CORPORATION, a Maryland corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Joint and Unopposed Motion to vacate Scheduling Conference and for Extension of Related Rule 26 Deadlines** [docket no. 24, filed January 11, 2007] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for January 31, 2007, is **vacated and reset to March 22, 2007, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., Rule 26 disclosures, and the confidential settlement letters are due on or before **March 15, 2007**.  The Rule 26(f) planning meeting is to be done on or before **March 1, 2007**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED: January 12, 2007