IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02080-MSK-BNB

MARY L. HENNING, and
TIMOTHY R. HENNING, SR.,

Plaintiffs,

v.

UNICO HOLDINGS, INC., a Florida corporation, and
LONGS DRUG STORES CALIFORNIA, INC., a California corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiffs' **Motion for Leave to File an Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)** [Doc. # 26, filed 1/11/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the *First Amended Complaint and Jury Demand* [Doc. # 26-2]. The case caption is modified a indicated above.

IT IS FURTHER ORDERED that the *Defendant UNICO Holdings, Inc.'s, Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)* [Doc. # 9, filed 12/1/2007], is DENIED as withdrawn.

IT IS FURTHER ORDERED that the defendants shall respond to the Amended Complaint on or before **March 5, 2007**.

Dated February 20, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge