IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02080-MSK-BNB

MARY L. HENNING, and
TIMOTHY R. HENNING, SR.,

Plaintiffs,

v.

UNICO HOLDINGS, INC., a Florida corporation, and
LONGS DRUG STORES CALIFORNIA, INC., a California corporation,

Defendants.

_____

## ORDER
_____

This matter is before me on the **Joint and Unopposed Motion to Vacate Scheduling Conference and for Extension of Related Rule 26 Deadlines** [Doc. # 43, filed 2/27/2007] (the "Motion").

No good cause having been shown,

IT IS ORDERED that the Motion is DENIED.

Dated February 27, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge